1  STEPHEN M. HAYES (SBN 83583)
   STEPHEN P. ELLINGSON (SBN 136505)
2  CASPAR I. CHAN (SBN 294804)
   HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
3  203 Redwood Shores Pkwy., Ste. 480
   Redwood City, California  94065
4  Telephone:  650.637.9100
   Facsimile:   650.637.8071
5
   Attorneys for Defendant
6  STATE FARM MUTUAL AUTOMOBILE
   INSURANCE COMPANY (Erroneously sued as State Farm
7  Mutual Insurance Companies)

8
   LINDA ROSS
9  LAW OFFICES OF LINDA ROSS
   2204 Union Street
10 San Francisco, CA 94123
   Telephone:415-563-2400
11 Facsimile: 414-931-0291

12 SCOTT D. KALKIN
   ROBOOSTOFF & KALKIN
13 369 Pine Street, Ste. 820
   San Francisco, CA 94104-3313
14 Telephone: 415-732-0282
   Facsimile: 415-732-0287

15 Attorney for Plaintiff
16 CHASE DOVERSPIKE

17               UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA

19 CHASE DOVERSPIKE,                          CASE NO.   3:14-CV-05575-VC

20             Plaintiff,                     **STIPULATION AND [PROPOSED]
                                              ORDER FOR CONTINUANCE OF THE
21      vs.                                   DEADLINE TO CONDUCT THE
                                              EARLY NEUTRAL EVALUATION
22                                            CONFERENCE**

23 STATE FARM MUTUAL INSURANCE
24 COMPANIES, and DOES ONE through FIFTY,
   inclusive,
25
              Defendants.
26

27

28

1  **TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2     This stipulation to continue the deadline for conducting the early neutral evaluation ("ENE")

3  conference in the above-referenced matter is made and entered into by and between plaintiff

4  CHASE DOVERSPIKE and defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE

5  COMPANY ("State Farm"), referred to collectively as the "Parties."

## I.
## RECITALS

7     1.     The Court has appointed Michael G.W. Lee of the Law Offices of Michael Lee as

8  the ENE Evaluator.

9     2.     The Parties would like additional time to conduct discovery and assess the merits of

10  this case so that the ENE conference is more meaningful.

11     3.     The Parties do not have a mutually available date prior to the June 3, 2015 deadline.

12     4.     For these reasons, the Parties have agreed to stipulate to extend the deadline to

13  conduct the ENE conference until August 3, 2015.

## II.
## STIPULATION

16     The Parties hereby stipulate to continue the deadline to conduct the ENE conference from

17  June 3, 2015 to August 3, 2015.

18     IT IS SO STIPULATED.

20  Dated: May 18, 2015                     LAW OFFICES OF LINDA ROSS
                                            ROBOOSTOFF & KALKIN

22                                          By    *//S// Scott D. Kalkin*
                                                  LINDA ROSS
23                                                SCOTT D. KALKIN
                                                  Attorneys for Plaintiff
24                                                CHASE DOVERSPIKE

1    Dated: May 18, 2015          HAYES SCOTT BONINO ELLINGSON & McLAY, LLP

2

3                             By      *//S// Stephen P. Ellingson*

4                                   STEPHEN M. HAYES
                                    STEPHEN P. ELLINGSON

5                                   CASPAR I. CHAN
                                  Attorneys for Defendant
                                  STATE FARM MUTUAL AUTOMOBILE

6                                   INSURANCE COMPANY

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

600013

**STIPULATION & [PROPOSED] ORDER CONTINUING ENE CONFERENCE CASE NO. 3:14-CV-05575-VC**

1

2

# [PROPOSED] ORDER

3       Pursuant to the stipulated request by all Parties to this action and good cause appearing, the

4  Court ORDERS as follows:

5       The Parties' deadline to complete the ENE process is continued to and including August 3,

6  2015.

7       IT IS SO ORDERED.

8

Dated: May 20, 2015 _____       _____

9                                              Vince Chhabria,
                                               United States District Court Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

600013

**STIPULATION & [PROPOSED] ORDER CONTINUING ENE CONFERENCE CASE NO. 3:14-CV-05575-VC**