UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASE DOVERSPIKE<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM INSURANCE COMPANY,<br><br>Defendant. | Case No. 14-cv-05575-VC   (ADR)<br><br>**ORDER RE: ATTENDANCE AT ENE**<br><br>Date: August 27, 2015<br>ENE Evaluator: Michael G.W. Lee |

IT IS HEREBY ORDERED that the request to excuse plaintiff Chase Doverspike from appearing in person at the August 27, 2015, ENE before Michael G. W. Lee is GRANTED.  Ms. Doverspike shall make arrangements to appear by Skype or telephonically in the ENE as set forth in ADR L.R. 5-10(f).

**IT IS SO ORDERED**.

Dated: August 18, 2015

Maria-Elena James
United States Magistrate Judge